

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-19-00368-CR

———————————————

ROSS THOMAS BRANTLEY III, Appellant

V.

THE STATE OF TEXAS

On Appeal from Criminal District Court No. 1
Tarrant County, Texas
Trial Court No. 1456461D

Before Bassel, Womack, and Wallach, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

Appellant Ross Thomas Brantley III, appearing pro se, attempts to appeal from an "Order Of Dismissal" signed on September 20, 2019. We notified Brantley by letter that it appeared that we lack jurisdiction over this matter because an order of dismissal is not an appealable order, and we advised that we would dismiss this appeal for want of jurisdiction unless he showed grounds for continuing the appeal. Brantley filed a response, but it does not cite any authority granting us jurisdiction over this appeal.

In criminal cases, unless expressly authorized by statute, appellate courts have jurisdiction to review only final judgments. *See Abbott v. State*, 271 S.W.3d 694, 696–97 (Tex. Crim. App. 2008) (stating that the standard for determining jurisdiction is not whether appeal is precluded by law but whether appeal is authorized by law); *Ward v. State*, No. 12-19-00215-CR, 2019 WL 4296518, at *1 (Tex. App.—Tyler Sept. 11, 2019, no pet.) (mem. op., not designated for publication). An order dismissing an indictment is not an order from which a defendant may appeal. *Ward*, 2019 WL 4296518, at *1; *Bohannan v. State*, 352 S.W.3d 47, 48 (Tex. App.—Fort Worth 2011, pet. ref'd). There is no judgment of conviction in trial court cause number 1456461D; thus, we have no jurisdiction to consider Brantley's appeal in this case. We therefore dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 43.2(f); *Ward*, 2019 WL 4296518, at *1; *Bohannan*, 352 S.W.3d at 48.

Per Curiam

2

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered:  December 12, 2019